MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE M. DeBERRY (CABN 259455)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5588
   Facsimile: (408) 535-5066
   suzanne.deberry2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 10-00858 DLJ |
| ) | |
|    Plaintiff, ) | AMENDED STIPULATION AND |
| ) | [PROPOSED] ORDER CONTINUING |
|   v. ) | HEARING FROM APRIL 5, 2011 TO |
| ) | APRIL 12, 2011 |
| JOSE CUEVAS-ESTRADA, ) | |
| ) | |
|    Defendant. ) | |
| ) | |

     The Parties, Jose Cuevas-Estrada and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for April 5, 2011 at 9:00 a.m. be vacated, and that the hearing be re-set for April 12, 2011 at 9:00 a.m..

//
//
//
//
//
//

1

1  The defense is requesting the continuance of the hearing due to the need for additional time for
2  effective preparation and to jointly negotiate a resolution in this matter.
3
4  DATED: April 1, 2011                    MELINDA HAAG
                                           United States Attorney
5
6                                          ___/s/_____
                                           SUZANNE DeBERRY
7                                          Assistant United States Attorney
8
9                                          ___/s/_____
                                           ROBERT CAREY
10                                         Attorney for Defendant

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for April 5, 2011 at 9:00 a.m. is vacated and that the matter is continued to April 12, 2011 at 9:00 a.m.. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED:  April 1, 2011

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT COURT JUDGE