VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301
Telephone (415) 421-4347

Attorney for Defendant Jose Cuevas-Estrada

FILED

OCT 31 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE CUEVAS-ESTRADA<br><br>Defendant. | No. CR 10-00858 DLJ<br><br>STIPULATION TO CONTINUE SENTENCING DATE; ORDER<br><br>Date: November 8, 2011<br>Time: 10:00 a.m.<br>Court: Hon. D. Lowell Jensen |

It is hereby stipulated between the United States of America, by and through Special Assistant United States Attorney Ann Marie Ursini and defendant Jose Cuevas-Estrada, through his attorney Vicki H. Young, that the sentencing hearing which is currently scheduled for November 8, 2011, be continued to November 15, 2011, at 10:00 a.m.

This continuance is necessary because defense counsel Vicki H. Young needs additional time to prepare a sentencing memorandum.

USPO Aylin Raya was not in the office today, so counsel was not able to determine whether she has an objection to this request.

///

///

| | |
|---|---|
| 1 | It is so stipulated. |
| 2 | Dated:      October 31, 2011                    Respectfully submitted, |

/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Jose Cuevas-Estrada

Dated:      October 31, 2011

MELINDA HAAG
UNITED STATES ATTORNEY

/s/   Ann Marie Ursini
Ann Marie Ursini
Special Assistant United States Attorney

## PROPOSED ORDER

GOOD CAUSE BEING SHOWN, the sentencing hearing for Jose Cuevas-Estrada which is currently set for November 8, 2011, is continued to November 15, 2011, at 10:00 a.m..

IT IS SO ORDERED.

DATED: 10-31-11

D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE